IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

JAMES LLOYD GRUBB,

        Plaintiff,

v.                                      CIVIL ACTION NO. 3:18-0396

L.T. MORRISON;
C.O. SGT. PRINGLE;
C.O. TRANSPORTATION JARVIS,

        Defendants.

**MEMORANDUM OPINION AND ORDER**

This action was referred to the Honorable Cheryl A. Eifert, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge has submitted findings of fact and recommended that Plaintiff's Complaint (ECF No. 2) be dismissed, with prejudice; that the Application to Proceed Without Prepayment of Fees and Costs be denied, as moot (ECF No. 1); and this civil action be removed from the docket of the Court. Neither party has filed objections to the Magistrate Judge's findings and recommendations.

Accordingly, the Court accepts and incorporates herein the findings and recommendation of the Magistrate Judge and **ORDERS** that Plaintiff's Complaint (ECF No. 2) be **DISMISSED, with prejudice**; that the Application to Proceed Without Prepayment of Fees and Costs be **DENIED, as moot** (ECF No. 1); and this civil action be **REMOVED** from the docket of the Court, consistent with the findings and recommendations.

The Court **DIRECTS** the Clerk to forward copies of this written opinion and order to all counsel of record, and any unrepresented parties.

        ENTER:     August 24, 2018

        _____
        ROBERT C. CHAMBERS
        UNITED STATES DISTRICT JUDGE